IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 5:98CV23 |
| ) | (Financial Litigation Unit) |
| DARLENE E. STANLEY, ) | |
| aka/DARLENE S. BYRD, ) | |
| Defendant. ) | |
| and ) | |
| ) | |
| MCCREARY MODERN, INC., ) | |
| Garnishee. ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Darlene E. Stanley aka/Darlene S. Byrd on August 9, 2005 is DISMISSED.

**SO ORDERED.**

Signed: January 31, 2007

_____
Carl Horn, III
United States Magistrate Judge